IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BELLA WILSON, individually, and as Administrator and sole heir of the Estate of Damian Wilson, | : : : : | |
| | : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | NO. 14-2498 |
| BANK OF AMERICA, N.A., | : : | |
| Defendant, | : | |

### ORDER

**AND NOW**, this *24th* day of *September*, 2014, upon consideration of Defendant Bank of America's Motion to Dismiss (Docket No. 6), Plaintiff Bella Wilson's Response (Docket No. 9), and Defendant's Reply Brief (Docket No. 10), it is hereby **ORDERED** that Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Plaintiff's claims brought in her individual capacity are **DISMISSED**;

2. Count V of Plaintiff's Complaint is **DISMISSED**; and

3. The remainder of Defendant's Motion to Dismiss is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.